Exhibit 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



**Registration Number**

**VA 2-455-146**

**Effective Date of Registration:**
June 15, 2025
**Registration Decision Date:**
July 31, 2025

---

## Title

**Title of Work:** Winter forest landscape with a Fox

## Completion/Publication

**Year of Completion:** 2017
**Date of 1st Publication:** January 10, 2017
**Nation of 1st Publication:** United States

## Author

- **Author:** Pavel Ivanovich Zhovba
  **Author Created:** 2-D artwork
  **Citizen of:** Russia

## Copyright Claimant

**Copyright Claimant:** Pavel Ivanovich Zhovba
Glinki, 8a, Sergiev Posad, 141303, Russia

## Rights and Permissions

**Name:** Pavel Ivanovich Zhovba
**Email:** pavelzhovba@gmail.com
**Address:** Glinki, 8a
Sergiev Posad 141303 Russia

## Certification

**Name:** David Denholm
**Date:** June 15, 2025
**Applicant's Tracking Number:** PZ2025061015



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**

## VA 2-455-126

**Effective Date of Registration:**
June 15, 2025
**Registration Decision Date:**
July 31, 2025

---

## Title

**Title of Work:** Fantastic submarine or bathyscaphe of fantastic design, located underwater, in the sea or ocean. The style is more similar to steam punk, concept art

## Completion/Publication

**Year of Completion:** 2012
**Date of 1st Publication:** January 10, 2012
**Nation of 1st Publication:** United States

## Author

- **Author:** Pavel Ivanovich Zhovba
**Author Created:** 2-D artwork
**Citizen of:** Russia

## Copyright Claimant

**Copyright Claimant:** Pavel Ivanovich Zhovba
Glinki, 8a, Sergiev Posad, 141303, Russia

## Rights and Permissions

**Name:** Pavel Ivanovich Zhovba
**Email:** pavelzhovba@gmail.com
**Address:** Glinki, 8a
Sergiev Posad 141303 Russia

## Certification

**Name:** David Denholm
**Date:** June 15, 2025



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**

# VA 2-455-128

**Effective Date of Registration:**
June 15, 2025
**Registration Decision Date:**
July 31, 2025

## Title

**Title of Work:** Festive winter landscape with a village in the background and festively decorated Christmas tree in the foreground. It illustration can be used as a Christmas holiday card

## Completion/Publication

**Year of Completion:** 2018
**Date of 1st Publication:** November 19, 2018
**Nation of 1st Publication:** United States

## Author

**•  Author:** Pavel Ivanovich Zhovba
**Author Created:** 2-D artwork
**Citizen of:** Russia

## Copyright Claimant

**Copyright Claimant:** Pavel Ivanovich Zhovba
Glinki, 8a, Sergiev Posad, 141303, Russia

## Rights and Permissions

**Name:** Pavel Ivanovich Zhovba
**Email:** pavelzhovba@gmail.com
**Address:** Glinki, 8a
Sergiev Posad 141303 Russia

## Certification

**Name:** David Denholm



# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

**Registration Number**

**VA 2-455-149**

**Effective Date of Registration:**
June 15, 2025
**Registration Decision Date:**
July 31, 2025

## Title

**Title of Work:** Winter rural landscape with festive Christmas fir tree and bullfinches

## Completion/Publication

**Year of Completion:** 2020
**Date of 1st Publication:** May 08, 2020
**Nation of 1st Publication:** United States

## Author

- **Author:** Pavel Ivanovich Zhovba
  **Author Created:** 2-D artwork
  **Citizen of:** Russia

## Copyright Claimant

**Copyright Claimant:** Pavel Ivanovich Zhovba
Glinki, 8a, Sergiev Posad, 141303, Russia

## Rights and Permissions

**Name:** Pavel Ivanovich Zhovba
**Email:** pavelzhovba@gmail.com
**Address:** Glinki, 8a
Sergiev Posad 141303 Russia

## Certification

**Name:** David Denholm
**Date:** June 15, 2025
**Applicant's Tracking Number:** PZ2025061018

Page 1 of 2



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



**Registration Number**

## VA 2-455-150

**Effective Date of Registration:**
June 15, 2025
**Registration Decision Date:**
July 31, 2025

---

**Title**

**Title of Work:** Bee apiary with honeycomb in the foreground against the background of a rural landscape with a village

**Completion/Publication**

**Year of Completion:** 2022
**Date of 1st Publication:** May 07, 2022
**Nation of 1st Publication:** United States

**Author**

• **Author:** Pavel Ivanovich Zhovba
**Author Created:** 2-D artwork
**Citizen of:** Russia

**Copyright Claimant**

**Copyright Claimant:** Pavel Ivanovich Zhovba
Glinki, 8a, Sergiev Posad, 141303, Russia

**Rights and Permissions**

**Name:** Pavel Ivanovich Zhovba
**Email:** pavelzhovba@gmail.com
**Address:** Glinki, 8a
Sergiev Posad 141303 Russia

**Certification**

**Name:** David Denholm
**Date:** June 15, 2025



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**

## VA 2-455-129

**Effective Date of Registration:**
June 15, 2025
**Registration Decision Date:**
July 31, 2025

---

## Title

**Title of Work:** Festive winter landscape with village and Christmas trees, fireworks and holiday inscription

## Completion/Publication

**Year of Completion:** 2016
**Date of 1st Publication:** November 07, 2016
**Nation of 1st Publication:** United States

## Author

- **Author:** Pavel Ivanovich Zhovba
  **Author Created:** 2-D artwork
  **Citizen of:** Russia

## Copyright Claimant

**Copyright Claimant:** Pavel Ivanovich Zhovba
Glinki, 8a, Sergiev Posad, 141303, Russia

## Rights and Permissions

**Name:** Pavel Ivanovich Zhovba
**Email:** pavelzhovba@gmail.com
**Address:** Glinki, 8a
Sergiev Posad 141303 Russia

## Certification

**Name:** David Denholm
**Date:** June 15, 2025

Page 1 of 2



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**

## VA 2-455-130

**Effective Date of Registration:**
June 15, 2025
**Registration Decision Date:**
July 31, 2025

## Title

| | |
|---|---|
| **Title of Work:** | Flock of wolves at night, the leader howls to the moon. Raster illustration, digital paint |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2018 |
| **Date of 1st Publication:** | January 30, 2018 |
| **Nation of 1st Publication:** | United States |

## Author

| | |
|---|---|
| **Author:** | Pavel Ivanovich Zhovba |
| **Author Created:** | 2-D artwork |
| **Citizen of:** | Russia |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Pavel Ivanovich Zhovba |
| | Glinki, 8a, Sergiev Posad, 141303, Russia |

## Rights and Permissions

| | |
|---|---|
| **Name:** | Pavel Ivanovich Zhovba |
| **Email:** | pavelzhovba@gmail.com |
| **Address:** | Glinki, 8a |
| | Sergiev Posad 141303 Russia |

## Certification

| | |
|---|---|
| **Name:** | David Denholm |
| **Date:** | June 15, 2025 |

Page 1 of 2



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



**Registration Number**

## VA 2-455-147

**Effective Date of Registration:**
June 15, 2025
**Registration Decision Date:**
July 31, 2025

## Title

**Title of Work:** Winter forest landscape with forest huts and Christmas tree

## Completion/Publication

**Year of Completion:** 2015
**Date of 1st Publication:** September 28, 2015
**Nation of 1st Publication:** United States

## Author

- **Author:** Pavel Ivanovich Zhovba
 **Author Created:** 2-D artwork
 **Citizen of:** Russia

## Copyright Claimant

**Copyright Claimant:** Pavel Ivanovich Zhovba
Glinki, 8a, Sergiev Posad, 141303, Russia

## Rights and Permissions

**Name:** Pavel Ivanovich Zhovba
**Email:** pavelzhovba@gmail.com
**Address:** Glinki, 8a
Sergiev Posad 141303 Russia

## Certification

**Name:** David Denholm
**Date:** June 15, 2025
**Applicant's Tracking Number:** PZ2025061016



# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

**Registration Number**

## VA 2-455-134

**Effective Date of Registration:**
June 15, 2025
**Registration Decision Date:**
July 31, 2025

---

## Title

**Title of Work:** Graphical pig, hand drawing illustration

## Completion/Publication

**Year of Completion:** 2015
**Date of 1st Publication:** July 19, 2015
**Nation of 1st Publication:** United States

## Author

- **Author:** Pavel Ivanovich Zhovba
  **Author Created:** 2-D artwork
  **Citizen of:** Russia

## Copyright Claimant

**Copyright Claimant:** Pavel Ivanovich Zhovba
Glinki, 8a, Sergiev Posad, 141303, Russia

## Rights and Permissions

**Name:** Pavel Ivanovich Zhovba
**Email:** pavelzhovba@gmail.com
**Address:** Glinki, 8a
Sergiev Posad 141303 Russia

## Certification

**Name:** David Denholm
**Date:** June 15, 2025
**Applicant's Tracking Number:** PZ2025061010



# Certificate of Registration





This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**

## VA 2-455-140

**Effective Date of Registration:**
June 15, 2025
**Registration Decision Date:**
July 31, 2025

---

## Title

**Title of Work:** Jolly Santa Claus with a beer in hand

## Completion/Publication

**Year of Completion:** 2016
**Date of 1st Publication:** November 30, 2016
**Nation of 1st Publication:** United States

## Author

- **Author:** Pavel Ivanovich Zhovba
  **Author Created:** 2-D artwork
  **Citizen of:** Russia

## Copyright Claimant

**Copyright Claimant:** Pavel Ivanovich Zhovba
Glinki, 8a, Sergiev Posad, 141303, Russia

## Rights and Permissions

**Name:** Pavel Ivanovich Zhovba
**Email:** pavelzhovba@gmail.com
**Address:** Glinki, 8a
Sergiev Posad 141303 Russia

## Certification

**Name:** David Denholm
**Date:** June 15, 2025
**Applicant's Tracking Number:** PZ2025061011



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**

**VA 2-455-142**

**Effective Date of Registration:**
June 15, 2025
**Registration Decision Date:**
July 31, 2025

## Title

**Title of Work:** Rooster, close-up, sings his morning song against the backdrop of a morning summer landscape, sunrise, village in the background

## Completion/Publication

**Year of Completion:** 2011
**Date of 1st Publication:** October 17, 2011
**Nation of 1st Publication:** United States

## Author

- **Author:** Pavel Ivanovich Zhovba
  **Author Created:** 2-D artwork
  **Citizen of:** Russia

## Copyright Claimant

**Copyright Claimant:** Pavel Ivanovich Zhovba
Glinki, 8a, Sergiev Posad, 141303, Russia

## Rights and Permissions

**Name:** Pavel Ivanovich Zhovba
**Email:** pavelzhovba@gmail.com
**Address:** Glinki, 8a
Sergiev Posad 141303 Russia

## Certification

**Name:** David Denholm
**Date:** June 15, 2025



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**

## VA 2-455-148

**Effective Date of Registration:**
June 15, 2025
**Registration Decision Date:**
July 31, 2025

---

## Title

**Title of Work:** Winter mountain landscape with fir-trees in the foreground with houses similar to shelters for tourists

## Completion/Publication

**Year of Completion:** 2018
**Date of 1st Publication:** November 29, 2018
**Nation of 1st Publication:** United States

## Author

- **Author:** Pavel Ivanovich Zhovba
  **Author Created:** 2-D artwork
  **Citizen of:** Russia

## Copyright Claimant

**Copyright Claimant:** Pavel Ivanovich Zhovba
Glinki, 8a, Sergiev Posad, 141303, Russia

## Rights and Permissions

**Name:** Pavel Ivanovich Zhovba
**Email:** pavelzhovba@gmail.com
**Address:** Glinki, 8a
Sergiev Posad 141303 Russia

## Certification

**Name:** David Denholm
**Date:** June 15, 2025

Page 1 of 2

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



**Registration Number**

**VA 2-455-123**

**Effective Date of Registration:**
June 15, 2025
**Registration Decision Date:**
July 31, 2025

---

## Title

**Title of Work:** Cheerful Santa Claus with a mug beer in hand with ribbon and inscription on it

## Completion/Publication

**Year of Completion:** 2018
**Date of 1st Publication:** October 29, 2018
**Nation of 1st Publication:** United States

## Author

- **Author:** Pavel Ivanovich Zhovba
  **Author Created:** 2-D artwork
  **Citizen of:** Russia

## Copyright Claimant

**Copyright Claimant:** Pavel Ivanovich Zhovba
Glinki, 8a, Sergiev Posad, 141303, Russia

## Rights and Permissions

**Name:** Pavel Ivanovich Zhovba
**Email:** pavelzhovba@gmail.com
**Address:** Glinki, 8a
Sergiev Posad 141303 Russia

## Certification

**Name:** David Denholm
**Date:** June 15, 2025
**Applicant's Tracking Number:** PZ2025061002



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**

## VA 2-455-133

**Effective Date of Registration:**
June 15, 2025
**Registration Decision Date:**
July 31, 2025

---

## Title

**Title of Work:** Friends - cartoon characters bear, squirrel, hedgehog, came on a visit to the hare - to celebrate the Christmas

## Completion/Publication

**Year of Completion:** 2013
**Date of 1st Publication:** September 13, 2013
**Nation of 1st Publication:** United States

## Author

- **Author:** Pavel Ivanovich Zhovba
  **Author Created:** 2-D artwork
  **Citizen of:** Russia

## Copyright Claimant

**Copyright Claimant:** Pavel Ivanovich Zhovba
Glinki, 8a, Sergiev Posad, 141303, Russia

## Rights and Permissions

**Name:** Pavel Ivanovich Zhovba
**Email:** pavelzhovba@gmail.com
**Address:** Glinki, 8a
Sergiev Posad 141303 Russia

## Certification

**Name:** David Denholm
**Date:** June 15, 2025

