# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

PAVEL IVANOVICH ZHOVBA,

    Plaintiff,

v.

THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

    Defendants.

Case No.: 1:25-cv-12904

Judge Mary M. Rowland

Magistrate Judge Jeffrey T. Gilbert

## **PLAINTIFF'S MOTION TO EXTEND THE TEMPORARY RESTRAINING ORDER**

This First Motion to Extend the Temporary Restraining Order ("TRO") is brought by Plaintiff, PAVEL IVANOVICH ZHOVBA ("Corti" or "Plaintiff"), pursuant to Federal Rule of Civil Procedure 65. This Court's Temporary Restraining Order was issued on October 29, 2025 (ECF No. 18, SEALED Order). Plaintiff subpoenaed the information regarding Defendants' identities from Defendants' service providers and Plaintiff is still waiting on the information to be produced. Therefore, Plaintiff respectfully asks this Court to extend the TRO, until such time as Plaintiff obtains Defendants' identifying information from the subpoenaed parties and provides Defendants actual notice of this Court's TRO.

Plaintiff requests the extension of the TRO for the same reasons Plaintiff sought the TRO, specifically to ensure that Defendants do not modify registration data and content, change hosts, redirect traffic to other websites in their control, and move any assets from accounts in U.S.-based financial institutions, including service provider accounts, to offshore accounts.

For all the foregoing reasons, Plaintiff requests that the Court extend the Temporary Restraining Order through and until November 26, 2025.

DATED:  November 7, 2025                    Respectfully submitted,

                                            /s/ *Keith A. Vogt*
                                            Keith A. Vogt
                                            FL Bar No. 1036084 / IL Bar No. 6207971
                                            Keith A. Vogt PLLC
                                            15275 Collier Boulevard, Ste. 201-2061
                                            Naples, Florida 34119-6750
                                            Telephone: 312-971-6752
                                            E-mail:  keith@vogtip.com

                                            **ATTORNEY FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on November 7, 2025 with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered attorneys of record.

                                            */s/ Keith A. Vogt*
                                            Keith A. Vogt