IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

PAVEL IVANOVICH ZHOVBA,

    Plaintiff,

v.

THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

    Defendants.

Case No.: 1:25-cv-12904

Judge Mary M. Rowland

Magistrate Judge Jeffrey T. Gilbert

## NOTICE OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby files this Notice of Voluntary Dismissal, without prejudice, as to the following Defendant(s) identified on Schedule A of the Complaint:

| NO. | DEFENDANT |
|---|---|
| 3 | DaShan |
| 7 | Yongto Shop |
| 8 | Myrna Josh |
| 9 | Yuihome |
| 15 | MOYYO |
| 16 | Naifengshangmao |
| 20 | Eastdtree |
| 21 | dsvkloi |
| 22 | suizhoushizengduqucongjianglongjiajuhang |
| 23 | wanzaixianbingbinggubaihuodian |
| 25 | yi jian health poster |
| 27 | jian wei Dating poster |
| 33 | CCFLY |
| 34 | Leyiyi Store |
| 35 | zatosi |
| 36 | CHNYWORK |
| 37 | caiweijie |
| 42 | Decisiontree |
| 44 | heepico lnc |
| 45 | Tarity |

| | |
|---|---|
| 52 | Foiosoh |
| 54 | WHBAG |
| 56 | My-Door |
| 57 | Lionxing-us |
| 58 | OPRINT |
| 59 | Heylookup |
| 60 | youjiafuzhuangfuliao |
| 61 | three four |
| 65 | VIKKO |
| 66 | Even's shop |
| 67 | Lida Store |
| 68 | WOOR |
| 73 | Viajar |
| 75 | zhi xian jiao |
| 76 | zhanweisen |
| 77 | SunMist |
| 78 | TWOYY |

DATED: November 25, 2025

Respectfully submitted,

*/s/ Keith A. Vogt*
Keith A. Vogt
IL Bar No. 6207971; FL Bar No. 1036084
Keith A. Vogt PLLC
15275 Collier Boulevard, Ste. 201-2061
Naples, Florida 34119-6750
Telephone: 312-971-6752
E-mail: keith@vogtip.com

**ATTORNEY FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on November 25, 2025 with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered attorneys of record.

                                              */s/ Keith A. Vogt*
                                              Keith A. Vogt